UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-00218(RWR) |
| | : | |
| v. | : | |
| | : | |
| HERIBERTO JANDRES CHAVEZ | : | |
| | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Special Assistant United States Attorney Carlos Acosta at telephone number (202)514-9422 and/or email address carlos.acosta@ usdoj.gov. Mr. Acosta will substitute for AUSA Catherine Connelly as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Carlos Acosta
Special Assistant United States Attorney
Narcotics Section, Bar No. 443373
555 4th Street, N.W.  Room 4643
Washington, DC 20530
(202) 514-9422