# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>HERIBERTO JANDRES CHAVEZ<br><br>DOB:          PDID: | DOCKET NO: **CR05-218-RWR**   MAGIS. NO:<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Heriberto Jandres Chavez<br><br>FILED<br>AUG 0 2 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF COCAINE;

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MOR E OF COCAINE BASE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(C); 21:841(a)(1) and 841(b)(1)(B)(iii); and 21:841(a)(1) and 841(b)(1)(A)(iii)

| BAIL FIXED BY COURT: *Hold* | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ~~KAY~~ *Facciola* | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>6/2/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>~~6/2/05~~ JUN -7 2005 |

## RETURN

This warrant was received and executed with the arrest of the above-named person. *REPORTING*

| DATE RECEIVED 6-7-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8-2-05 | SEAN McLEOD<br>JDUSM | |
| HIDTA CASE:  Yes   No X | | OCDETF CASE:  Yes   No X |