<u>NOTICE OF APPEARANCE</u>                                   CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA    )
                            )
                            )
           vs.              )        Criminal No. _CR05-218_
                            )
                            )
  _Heriberto Jancies Chavez_ )
         (DEFENDANT)        )        **FILED**

                                      AUG 0 2 2005

                                      NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☒ CJA            ☐ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_____
           (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_James W. Rudasill    318113_
(Attorney & Bar ID Number)

_Law Office Ste 310_
(Firm Name)

_717 D Street N.W._
(Street Address)

_Washington     D.C.    20004_
(City)       (State)      (Zip)

_202-783-7908_
(Telephone Number)