UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. | |
| **HERIBERTO CHAVEZ** : | Criminal Case No. 05-218 (RWR) |
| **Defendant** : | |

### JOINT MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, through counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 45(b)(1)(A), to extend the time in which both parties may file any motions, oppositions or pleadings. In support of its motion, both parties state the following:

1. Attorney of Record for the Defendant James W. Rudasill, Jr. as been contacted by the Law Offices of David Schiller, Esq.; it is likely that Mr. Schiller and associated counsel will be entering their appearances in this matter early next week.

2. A review of the United States Attorney Office's case file indicates that the discovery includes several videotapes which will need to be reviewed by defense counsel in their case preparation.

3. That both Mr. Rudasill and Mr. Schiller have indicated that defense counsel will need additional time to review discovery, including the videotapes, explore potential dispositions short of trial and determine what motions, if any, may or need to be filed in this matter.

4. All parties submit that the probable change of counsel at this very early stage constitutes good cause to excuse the parties' failure to file pleadings within the time directed by the Court.

5. That this request is made in good faith, and not to cause unnecessary expense or delay to the parties involved.

WHEREFORE, for the forgoing reasons and for any other such reasons as may appear to the Court, the Government and the Defendant request that their motion be granted and that the Court extend the time in which both parties may file pleadings in this case.

                                              Respectfully submitted,
                                              KENNETH L. WAINSTEIN
                                              United States Attorney
                                              D.C. Bar Number 451058

BY: _____
       CARLOS F. ACOSTA
       Special Assistant United States Attorney
       D.C. Bar No. 443373
       Organized Crime and Narcotics Section
       555 4th Street, N.W.  #4643
       Washington, DC 20001
       (202) 514-4922; Fax: (202) 353-9414

BY: _____
       JAMES W. RUDASILL, JR.
       Counsel for the Defendant
       601 Indiana Ave., NW
       Washington , DC  20004
       (202) 783-7908; Fax: (202) 628-2881

cc: D. Schiller
    27 West Jefferson Street
    Suite #201
    Rockville, MD  20850