UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | | |
| **HERIBERTO CHAVEZ** | : | Criminal Case No. 05-218 (RWR) |
| **Defendant** | : | |

### ORDER

UPON CONSIDERATION of the Joint Motion for Enlargement of Time in which to File, and the record herein, for the reasons set forth in the Joint Motion, and for good cause shown, it is this _____ day of August, 2005,

ORDERED, that the Joint Motion for Enlargement of Time in which to File is granted, and it is

FURTHER ORDERED, that the time in which the parties may file any motions, oppositions or other pleadings is extended until and through _____, 2005.

_____
RICHARD W. ROBERTS
United States District Judge