NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number   1:05-CR-00218-RWR

HERIBERTO JANDRES CHAVEZ
          (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA           ■ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Stephen B. Mercer  #12855
(Attorney & Bar ID Number)

Sandler & Mercer, PC
(Firm Name)

27 West Jefferson St., Ste 201
(Street Address)

Rockville, MD  20850
(City)               (State)        (Zip)

(301) 610-9797
(Telephone Number)