UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED

AUG 18 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.            ) | Criminal Action No. 05-218 (RWR) |
| ) | |
| **HERIBERTO CHAVEZ**     ) | |
| ) | |
| Defendant.    ) | |

### ORDER

Upon consideration of the Joint Motion for Enlargement of Time in Which to File, it is hereby

ORDERED that the Joint Motion for Enlargement of Time be, and hereby is, GRANTED. The pretrial motions deadline is extended to August 30, 2005. Should the government seek to introduce at trial any "other act" evidence under Fed. R. Evid. 404(b) or to impeach the defendant with prior convictions, it must file motions by the motions deadline seeking permission to use such evidence. It is further

ORDERED that time under the Speedy Trial Act shall be excluded from the date of this ORDER through the motions deadline. The exclusion is in the interests of justice and those interests outweigh the interests of the parties and public in a speedier trial. The purpose of the exclusion is to permit continuity of defense counsel, to permit new defense counsel adequate time given the exercise of due diligence to review and



- 2 -

discuss with the defendant discovery materials provided by the government to determine what motions, if any, may need to be filed in this matter, and to permit the parties an opportunity to explore a disposition short of trial. It is further

ORDERED that a status conference is scheduled for August 31, 2005 at 4:45 p.m.

SIGNED this 18th day of August, 2005.

_____
RICHARD W. ROBERTS
United States District Judge