```
              CLERK'S OFFICE
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
              WASHINGTON, DC 20001
```

United States of America

                                            Criminal: 1:05-CR-00218-RWR

vs.

Heriberto Chavez

    Defendant


TO: Nancy Mayer-Whittington, CLERK

You are hereby notified that I appear for the Defendant indicated above in the entitled action.


I am appearing in this case as: RETAINED.

                                            Respectfully submitted,

                                            By: _____
                                            David A. Schiller #435690
                                            27 West Jefferson St. Suite 201
                                            Rockville, MD 20850
                                            (301) 315-0801