UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    05-218 (RWR)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **HERIBERTO CHAVEZ** | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney John Geise at telephone number (202) 616-9156 and/or email address John.Geise@usdoj.gov. This is also notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 246470

_____
JOHN GEISE
Assistant United States Attorney
Bar No. 358267
555 4th Street, N.W.  Room 4126
Washington, DC 20530
(202) 616-9156/Fax: (202) 514-8707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by Electronic Filing upon the attorney for the defendant, Stephen Mercer, Esq., on this 15th day of February, 2006.

_____
JOHN GEISE
Assistant United States Attorney