UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0218 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| **HERIBERTO J. CHAVEZ, et al.,** | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Special Assistant United States Attorney Bryan Roslund, at telephone number 202-514-4922 and/or email address Bryan.Roslund@usdoj.gov. Special Assistant United States Attorney Roslund will substitute for Assistant United States John V. Geise as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Bryan Roslund
Special Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, NW, Room 4108
Washington, DC 20530
202-514-4922