UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 6 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | |
| HERIBERTO CHAVEZ, : | Criminal Case No. 05-218 (RWR) |
| : | |
| DEFENDANT. : | |

### FACTUAL PROFFER

If this case had proceeded to trial, the government's evidence would have proven the following facts beyond a reasonable doubt:

During 2004, a joint ATF-HIDTA and MPD Major Narcotics Branch Task Force established an undercover storefront that purportedly worked on cars. The storefront was located in the 1100 block of Mount Olivet Road, N.E. in Washington, D.C. The office space in the back of the repair shop was built with hidden video and audio surveillance equipment to capture controlled substance transactions and the arrangement of transactions that were consummated at other locations. Between September 1, 2004 and November 18, 2004, the defendant Heriberto Chavez made engaged in at least four illegal transactions involving cocaine base and cocaine hydrochloride related to this investigation. Each transaction is detailed below

*September 1, 2004*

On September 1, 2004, a confidential informant arranged to meet an individual known as Santos to purchase 28 grams of powder cocaine. Slightly after 8:00 pm on that day, the confidential informant met Santos and the defendant Chavez in the parking lot of the Safeway store located at



Piney Branch Road and Georgia Avenue, N.W. Santos and the defendant rode in the informants car to quiet spot in a nearby neighborhood. A discussion as to price then occurred with Santos and the defendant demanding $950 for the cocaine but the informant only offering $850. Eventually, the defendant and Santos agreed to the $850 price. The informant gave the money to Santos and the defendant then provided the informant with a bag containing a white powder. This transaction was captured both on audio and video. After testing, it was determined that the substance in the bag was 25 grams of powder cocaine.

*October 8, 2004*

On October 8, 2004 a confidential informant arranged for undercover officer Sgt. Dale Sutherland to meet with the defendant to purchase a quantity of crack cocaine. Over the telephone the informant arranged for the meeting to take place in the CVS parking lot at 6514 Georgia Avenue, NW. Just before 9:00 pm, the defendant arrived at that location in a red Toyota Camry. The defendant spoke with the informant in the parking lot, then entered the undercover vehicle of Sgt Sutherland. Once the defendant was inside the car, Sgt. Sutherland handed the defendant $1,200. The defendant then opened the Roy Rogers box he was carrying, took out a bag containing a hard, rock like substance, and gave the substance to Sgt. Sutherland. After a short conversation about putting a secret compartment in his Toyota Camry at the shop on Mount Olivet Road, the defendant left the area. The government's evidence would have included audio and video tape of this transaction. The substance given to Sgt. Sutherland by the defendant was determined to be 28 grams of cocaine base, also known as crack.

*October 27, 2004*

A confidential informant arranged a meeting for the evening of October 27, 2004 between the defendant and Sgt. Sutherland. The meeting occurred at approximately 7:30 pm at the storefront on Mount Olivet Road. The informant was present during the meeting. Sgt. Sutherland initially attempted to negotiate a lower price, however when it became clear the defendant would not change the price, Sgt. Sutherland counted out $1,200 and gave it to the defendant. The defendant had the confidential informant count the money a second time and then gave a rock like substance to Sgt. Sutherland. Videotape of this transaction would have been shown at trial. The substance provided by the defendant was determined to be 28 grams of cocaine base, commonly known as crack.

*November 18, 2004*

This meeting, arranged by a confidential informant, occurred at the storefront on Mount Olivet Road. The defendant and a female companion came to the location around 1:30 pm on November 18, 2004 to sell $2,000 worth of cocaine base. The female removed a plastic bag containing a rock like substance from her groin area and gave the bag to Sgt. Sutherland. Sgt. Sutherland then began counting out $2,000 in cash. As he was counting, the defendant directed him to give $400 to the female. Sgt. Sutherland complied and gave the remaining $1,600 to the defendant. This transaction was captured on audio and video tape. The substance provided by the defendant and his companion was determined to be 56.6 grams of cocaine base, also known as crack.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Bryan Roslund
Special Assistant United States Attorney
Organized Crime and Narcotics Section
555 4th Street, N.W. #4643
Washington, DC 20001
(202) 514-4922; Fax: (202) 353-9414

_____   4/3/06
Heriberto Chavez, Defendant   Date

_____   4/3/06
David Schiller, Esq.   Date