UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. 05-218-01 (RWR) |
| | : | |
| HERIBERTO JANDRES CHAVEZ, | : | |
| | : | |
| Defendant. | : | Sentencing hearing: June 16, 2006 |

GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court pursuant to section 3E1.1(b) of the Sentencing Guidelines and paragraph 11 of the plea agreement between the United States and the defendant, to adjust the defendant's offense level down one level reflecting the defendant's early plea of guilty in this matter.

As grounds for this motion the government cites the defendant's early determination to enter a plea of guilty in this matter. As a consequence the resources of this Court, the United States Attorneys Office, and the Metropolitan Police Department (MPD) were conserved. The United States and the MPD did not have to expend time, energy, and resources in preparing for the trial in this matter and court time was preserved as well.

WHEREFORE we respectfully submit that pursuant to section 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce defendant's offense level by one level reflecting his early entry of a plea of guilty in this matter.

Respectfully submitted,

Kenneth L. Wainstein
United States Attorney

BY: _____
BRYAN ROSLUND
Special Assistant United States Attorney
Organized Crime and Narcotics Section
555 4th Street, N.W.  #4108
Washington, DC 20001
(202) 514-4922; Fax: (202) 353-9414