UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

v.                                :     CR 05-218 (RWR)

HERIBERTO JANDRES CHAVEZ          :

### UNOPPOSED MOTION TO REDUCE SENTENCE

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Heriberto Jandres Chavez, through undersigned counsel, respectfully moves this Honorable Court to reduce his sentence of 51 months incarceration to a term of time served. In support of this motion, counsel states:

1. On July 3, 2006, the Court sentenced Mr. Chavez to a 51 month term of incarceration on the charge of unlawful distribution of five grams or more of cocaine base. This sentence was based on a finding that the applicable sentencing range under the United States Sentencing Guidelines was 70 to 87 months (criminal history category I, offense level 27). The Court sentenced Mr. Chavez to a term of incarceration 19 months below the bottom of that range.

2. Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine. U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007). Section 3582(c)(2) of Title 18 of the United States Code states that the Court is authorized to reduce the term of imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with applicable policy statements issued by the Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission

voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

3. The amendments reduce the sentencing guidelines range applicable to Mr. Chavez to 57 to 71 months. Mr. Chavez has now served a period of incarceration greater than 19 months below the bottom of that range (38 months). According to the Bureau of Prisons, Mr. Chavez's current projected release date is May 14, 2009. A sentence 19 months below the bottom of the new range would reduce Mr. Chavez's sentence by 13 months. A sentence of time served would reduce Mr. Chavez's sentence by less than 13 months. A proposed order accompanies this motion reflecting the sentence computations in Mr. Chavez's case.

4. Undersigned counsel has consulted with Assistant United States Attorney John Mannarino, who represented that the government does not oppose this motion.

5. At the request of the government, the Probation Office and the Bureau of Prisons, the attached proposed order provides that Mr. Mannarino may be held for a period of up to ten days after the signing of the order, to enable the Bureau of Prisons to comply with pre-release procedures.

WHEREFORE, for the foregoing reasons, Mr. Mannarino respectfully requests that the Court reduce his sentence from a 51 month term of imprisonment to term of time served. A proposed order is attached.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500