➲AO 245___  Order Regarding Motion for Sentence Reduction
            Sheet 1

UNITED STATES DISTRICT COURT

District of **Columbia**

| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
|---|---|
| V. | **FILED** |
| HERIBERTO JANDRES CHAVEZ | Case Number: CR 05-218 (RWR) |
| | USM Number: 28196-016 |
| Date of Original Judgment: July 3, 2006 | Mary M. Petras |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon ^the unopposed motion of  X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   X GRANTED and the defendant's previously imposed sentence of imprisonment of
   __51__ months on Count Four is reduced to ~~time served~~ **41 months.**

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level: __27__                  Amended Offense Level: __25__
   Criminal History Category: I                   Criminal History Category: I
Previous Guideline Range: __70__ to __87__ months    Amended Guideline Range: __57__ to __71__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
X The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the
   time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

   The defendant may be held for a period of up to ten days after the signing of this order, to enable the
   Bureau of Prisons to comply with pre-release procedures.

   Halfway house placement at the discretion of Probation Office, for a period not to exceed 90 days, if
   deemed necessary to aid the inmate's community reintegration.

Except as provided above, all provisions of the judgment dated July 3, 2006 shall remain in effect.
**IT IS SO ORDERED.**

__6-9-08__                                           _/s/ Richard Roberts_
   Date                                              Signature of Judge

                                                     **Richard W. Roberts, U.S. District Judge**
                                                     Name and Title of Judge

